1  ALEJANDRO N. MAYORKAS
2  United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  ROGER E. WEST
   Assistant United States Attorney
5  First Assistant Chief, Civil Division
   California Bar # 58609
6      300 North Los Angeles Street
       Room 7516-Federal Building
7      Los Angeles, California 90012
       Telephone: (213) 894-2461
8      Fax:       (213) 894-7819

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

13  IN RE                          )  CV MISC. NO. 01-73
                                   )
14  LETTERS ROGATORY FROM           )  ORDER
                                   )
15  THE COURT OF FIRST INSTANCE,    )
                                   )
16  REPUBLIC AND CANTON OF          )
                                   )
17  GENEVA, SWITZERLAND             )

18
        Application having been made to this Court by the Court of
19
    First Instance, Republic and Canton of Geneva, Switzerland,
20
    through the United States Department of Justice and the United
21
    States Attorney for the Central District of California, and this
22
    Court having been exhorted to process the Letters Rogatory from
23
    the Swiss Court to the end of the taking of testimony from Mr.
24
    Nourollah Soofer who, it has been determined, resides or can be
25
    found within the jurisdiction of this court, pertinent to the
26
    Swiss proceeding Mrs. Yafa Sonbolian v. Mr. Samuel Sonbolian,
27
    matter # C/11376/1999-3.
28

1  NOW, THEREFORE, I _____HON. ROSALYN M. CHAPMAN_____,
2  United States Magistrate Judge for the Central District of
3  California, pursuant to authority contained in Section 1782 of
4  Title 28 of the United States Code, hereby appoint Roger E.
5  West, Assistant United States Attorney, First Assistant Chief,
6  Civil Division, or his successor in office, as Commissioner, to
7  take such steps as may be necessary to obtain testimony from Mr.
8  Nourollah Soofer pursuant to the terms and conditions set forth
9  in the above Letters Rogatory, and to do all else that may be
10 reasonably necessary for the accomplishment of this Order.

DATED: This _12th_ day of _July_, 2001.

HON. ROSALYN M. CHAPMAN
_____
UNITED STATES MAGISTRATE JUDGE

order.west

-2-